DEPARTMENT OF HEALTH, STATE OF NEW JERSEY v. CITY OF JERSEY CITY AND ROCKAWAY VALLEY REGIONAL SEWERAGE AUTHORITY.

July 13, 1983.

Petition for certification denied.

JOSEPH KRACK v. MAISLIN TRANSPORT OF DELAWARE, INC.

July 13, 1983.

Petition for certification denied.

RONALD KEAVENEY v. LAWRENCE R. PRAGER AND STATE OF NEW JERSEY COOPERATIVE PURCHASING.

July 13, 1983.

It is ORDERED that the motion for leave to appeal is granted and the order of the Superior Court, Law Division of July 21, 1982 is vacated and the matter is remanded to the Law Division to permit further submissions on the question of the existence of "sufficient reasons" within the meaning of N.J.S.A. 59:8–9.

Jurisdiction is not retained.